114 A.3d 1035

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Scott Bradley KINGSTON, Respondent.**

Supreme Court of Pennsylvania.

May 19, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of May, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(1) Does 18 Pa.C.S. Section 906 bar the imposition of sentences for three separate solicitations?

(2) If Section 906 of the Crimes Code bars sentences for combinations of inchoate offenses (attempt, solicitation, conspiracy), does it also bar sentences for separate attempts or separate solicitations?